J. R. P., Inc. v. Miller et al., Appellants.

Argued April 30, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*David C. Harrison,* with him *Kramer, Harrison and Burnstein,* for appellants.

*Max W. Gibbs,* with him *Sand, Gibbs & Smilk,* for appellee.

OPINION PER CURIAM, July 2, 1970:
Order affirmed.